IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAWKINS, | No. CIV S-09-0359-GEB-CMK-P |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| S.D. RUSSELL, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint.

       A review of the docket indicates that defendants filed a notice of related cases on April 8, 2009, informing the court of the pendency of E.D. Cal. case no. CIV-S-08-2791-KJM, which was removed by defendants to this court from the Sacramento County Superior Court. The complaints in both cases are virtually identical, raise the same claim, and name the same defendants. This action, therefore, is duplicative and should be dismissed.

/ / /

/ / /

/ / /

1 | Based on the foregoing, the undersigned recommends that this action be dismissed
2 | as duplicative of E.D. Cal. case no. CIV-S-08-2791-KJM.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 14, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE