IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HAWKINS,    No. CIV S 09-0359-GEB-CMK-P

    Plaintiff,

  vs.    ORDER

S.D. RUSSELL, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment of dismissal was entered on June 30, 2009, and this action is closed. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 12). Because this action is closed, the request is denied.

    IT IS SO ORDERED.

DATED: February 25, 2010

    _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

1